IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Harriette Anne Taylor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.6:14-cv-3407-MGL |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion, (ECF No. 30), for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act, ("EAJA"). *See* 28 U.S.C. § 2412. The parties filed a Joint Stipulation advising of their agreement to stipulate to an award of $5,500.00 in attorney fees.

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that the Plaintiff's motion pursuant to the EAJA shall be considered withdrawn and that Plaintiff be granted attorney's fees in the amount of $5,500.00.

s/Mary G. Lewis
Mary G. Lewis
United States District Judge

March 23, 2016
Columbia, South Carolina